UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLA F. HUGHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCARE, INC., a Delaware corporation; LINCARE HOLDINGS, INC., a Delaware corporation; ROBERT FOSDICK; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 14-cv-05350 NC<br><br>**ORDER RE: SUPPLEMENTAL SUBMISSIONS ON MOTION FOR REMAND** |

Pending before the Court is plaintiff's motion to remand the case to state court, which is currently set for hearing on February 25, 2015. In calculating the amount in controversy for purposes of plaintiff's unreimbursed business expenses claim, defendants rely in part on the assumption that the other 830 members of the putative class drove 80% of the miles plaintiff claims to have driven each month. Dkt. Nos. 1, 17. In her reply, plaintiff challenges this assumption as unsupported by evidence. Dkt. No. 18.

By February 20, defendants may submit a supplemental brief, limited to 3 pages, accompanied by any declarations or other evidence, providing the basis for the assumption regarding the work-related miles driven by the putative class members and explaining why that is a reasonable assumption. *See Ibarra v. Manheim Investments, Inc.*, No. 14-56779, 2015 WL 321659, at *4 (9th Cir. Jan. 8, 2015) "[A] damages assessment may require a

Case No. 14-cv-05350 NC
ORDER RE: SUPPLEMENTAL
SUBMISSIONS

chain of reasoning that includes assumptions. When that is so, those assumptions cannot be pulled from thin air but need some reasonable ground underlying them."); *see also LaCross v. Knight Transp. Inc.*, No. 14-56780, 2015 WL 106179, at *3 (9th Cir. Jan. 8, 2015).

By February 27, plaintiff may file a response to the supplemental brief, limited to 3 pages, accompanied by any declarations or other evidence.

The hearing on the motion to remand is continued to March 11, 2015, at 1:00 p.m. in Courtroom 7, 4th Floor, San Jose Federal Courthouse, 280 South First Street, San Jose, California.

IT IS SO ORDERED.

Date: February 13, 2015

Nathanael M. Cousins
United States Magistrate Judge