VAN VLECK TURNER & ZALLER LLP
   Brian F. Van Vleck, State Bar No. 155250
   Daniel J. Turner, State Bar No. 20764
   Jennifer S. Grock, State Bar No. 245671
6310 San Vicente Boulevard, Suite 430
Los Angeles, California 90048
Telephone: (323) 592-3505
Facsimile: (323) 592-3506
bvanvleck@vtzlaw.com
dturner@vtzlaw.com

Attorneys for Defendants
Lincare Inc. and Robert Fosdick

Larry W. Lee (State Bar No. 228175)
Nicholas Rosenthal (State Bar No. 268297)
DIVERSITY LAW GROUP, A Professional Corporation
550 S. Hope St., Suite 2655
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
nrosenthal@diversitylaw.com

Attorneys for Plaintiff
ESTELLA F. HUGHES

(Additional Counsel on Next Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| ESTELLA F. HUGHES, an individual, | Case No.: CV 14-5350 |
| Plaintiff, | (Assigned to the Hon. Magistrate Judge Nathanael Cousins, Courtroom 7) |
| v. | **STIPULATION TO CONTINUE REMAND HEARING AND [PROPOSED ORDER]** |
| LINCARE INC., a Delaware Corporation; ROBERT FOSDICK; and DOES 1 through 20, inclusive, | Action Filed: September 10, 2013<br>Trial Date: None Set |
| Defendants. | |

1

Case No.: CV 14-5350
Stipulation and [Proposed] Order re Continued Remand Hearing

1
2
3
4  CHRISTOPHER E. PANETTA (Bar No. 175127)
   DERRIC G. OLIVER (Bar No. 290439)
5  **FENTON & KELLER**
   A Professional Corporation
6  Post Office Box 791
   2801 Monterey-Salinas Highway
7  Monterey, California 93942-0791
   Telephone:    (831) 373-1241
8  Facsimile:    (831) 373-7219
   CPanetta@FentonKeller.com
9  DOliver@FentonKeller.com

10 Attorneys for Plaintiff
11 ESTELLA F. HUGHES

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants Lincare Inc. and Robert Fosdick ("Defendants") and Plaintiff Estella Hughes ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, the hearing on Plaintiff's Motion to Remand is currently scheduled for March 11, 2015 at 1:00 p.m.;
2. WHEREAS, not all Parties are available on the date due to scheduling conflicts that were established before the Court announced this hearing;
3. WHEREAS, all Parties are available on March 18, 2015 at 1:00 p.m., and the Court has moved the initial Case Management Conference to that date; and
4. WHEREAS, Plaintiff and Defendants have been diligent in their efforts throughout the discovery and pre-trial process;

THEREFORE, Plaintiff and Defendants jointly STIPULATE and AGREE as follows:

The hearing on Plaintiff's Motion to Remand currently scheduled for March 11, 2015 at 1:00 p.m. will be rescheduled to March 18, 2015 at 1:00 p.m. **with the Case Management Conference in Courtroom 7, 4th Floor, San Jose Courthouse.**

Dated: February __, 2015

_____
Christopher E. Panetta
Larry W. Lee
Counsel for Plaintiff

Dated: February __, 2015

_____
Daniel J. Turner
Counsel for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: February 27, 2015



GRANTED
Judge Nathanael M. Cousins